In the Matter of WILLIAM WEISS, an Attorney, Respondent.

First Department, May 5, 1939.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On March 6, 1939, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny, first degree, which crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, DORE and CALLAHAN, JJ.

Respondent disbarred.